UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLOBAL WEATHER
PRODUCTIONS, LLC,

    Plaintiff,

    v.

COASTAL RECONSTRUCTION
GROUP, INC.,

    Defendant.

Case No.: 6:25-cv-01199

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, COASTAL RECONSTRUCTION GROUP INC., by and through the undersigned counsel, files its Answer and Affirmative Defenses in response to Plaintiff, GLOBAL WEATHER PRODUCTIONS, LLC,'s Complaint and in support thereof, states as follows:

### I.    SUMMARY OF THE ACTION

1. Defendant admits the allegations in paragraph 1 of the Complaint that this action is brought under the Copyright Act, 17 U.S.C. § 106, but denies any wrongdoing or liability under the Act.

2. Defendant admits the allegations in paragraph 2 of the Complaint regarding its business operations and ownership of the website located at the URL https://www.coastalreconstruction.com/.

3. Defendant denies the allegations in paragraph 3 of the Complaint that it copied Plaintiff's copyrighted work to advertise, market, and promote its business activities.

## II.     JURISDICTION AND VENUE

4. Defendant admits the jurisdictional allegations in paragraph 4 of the Complaint.

5. Defendant admits the jurisdictional allegations in paragraph 5 of the Complaint.

6. Defendant admits the jurisdictional allegations in paragraph 6 of the Complaint solely for the purposes of the instant action.

7. Defendant admits the jurisdictional allegations in paragraph 7 of the Complaint solely for the purposes of this action but denies any allegations of infringement.

## III.     GLOBAL WEATHER PRODUCTIONS, LLC

8. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and therefore denies them.

9. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and therefore denies them.

10. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10 of the Complaint and therefore denies them.

11. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph11 of the Complaint and therefore denies them.

12. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12 of the Complaint and therefore denies them

13. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13 of the Complaint and therefore denies them. .

14. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and therefore denies them.

## IV.     THE COPYRIGHTED WORK AT ISSUE

15. Defendant denies the allegations in paragraph 15 of the Complaint regarding the creation of the videos referred to as the "Work.

16. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 16 of the Complaint and therefore denies them.

17. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17 of the Complaint and therefore denies them.

## V.     CRG

18. Defendant admits the allegations in paragraph 18 of the Complaint regarding its corporate status and principal place of business.

19. Defendant admits the allegations in paragraph 19 of the Complaint regarding its ownership and operation of social media accounts.

20. Defendant admits the allegations in paragraph 20 of the Complaint regarding its ownership and operation of social media accounts.

21. Defendant denies the allegations in paragraph 21 of the Complaint regarding the copying and use of Plaintiff's copyrighted work.

22. Defendant denies the allegations in paragraph 22 of the Complaint regarding the copying and use of Plaintiff's copyrighted work.

23. Defendant denies the allegations in paragraph 23 of the Complaint regarding the copying and use of the Plaintiff's copyrighted work.

24. Defendant denies the allegations in paragraph 24 of the Complaint regarding the copying and use of the Plaintiff's copyrighted work.

25. Defendant denies the allegations in paragraph 25 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work.

26. Defendant denies the allegations in paragraph 26 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work.

27. Defendant denies the allegations in paragraph 27 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work. Furthermore, the exhibit speaks for itself.

28. Defendant denies the allegations in paragraph 28 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work.

## VI.   INFRINGEMENT BY CRG

29. Defendant denies the allegations in paragraph 29 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work as Defendant was not required to be licensed by Plaintiff.

30. Defendant denies the allegations in paragraph 30 of the Complaint regarding the alleged infringement and unauthorized use of Plaintiff's work.

31. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and therefore denies them.

32. Defendant admits the allegations in paragraph 32 of the Complaint that the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

33. This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent a response is required, Defendant incorporates by reference its responses to paragraphs 1-32.

34. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 of the Complaint and therefore denies them.

35. Defendant denies the allegations in paragraph 35 of the Complaint that it copied, displayed, and distributed Plaintiff's copyrighted work or that Plaintiff was damaged.

36. Defendant denies the allegations in paragraph 36 of the Complaint that the harm caused to Plaintiff's is irreparable.

## DEFENDANT'S AFFIRMATIVE DEFENSES

In further answer to the allegations made by Plaintiff in the Complaint, Defendant asserts the following affirmative defenses. Defendant does not concede that it has the burden of proof on the defenses listed below.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant's use of the alleged copyrighted material constitutes fair use under 17 U.S.C. § 107.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting the claims in the Complaint due to its own conduct.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has waived its rights to assert the claims in the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches due to its unreasonable delay in asserting its rights.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages under 17 USC § 412.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages under 17 USC § 504.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to an award of attorneys' fees under 17 USC § 412.

## PRAYER FOR RELIEF

WHEREFORE, Defendant, COASTAL RECONSTRUCTION GROUP, INC. respectfully requests that this Court:

1. Dismiss the Complaint with prejudice;

2. Award Defendant its costs and attorney's fees incurred in defending this action;

3. Grant such order and further relief as the Court deems just and proper.

DATED: August 19, 2025          */s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
Florida Bar No. 095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Ave. Suite 201
Melbourne, Florida 32904
Telephone:   321-255-2332
Facsimile:    321-255-2351
MFW@USLegalTeam.com
*Attorney for Defendant Coastal Reconstruction Group, Inc.*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on August 19, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

               */s/ Mark F. Warzecha*
               Mark F. Warzecha