# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.: 6:25-cv-01199

GLOBAL WEATHER
PRODUCTIONS, LLC,

           Plaintiff,

v.

COASTAL RECONSTRUCTION
GROUP, INC.,

           Defendant.

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff GLOBAL WEATHER PRODUCTIONS, LLC and Defendant COASTAL RECONSTRUCTION GROUP, INC., by and through their undersigned counsel, hereby give notice that mediation will be held in this case before Jim Matulis. The Parties will advise the Court of the mediation's date and time when it is determined.

Dated: October 28, 2025          Respectfully submitted,

| | |
|---|---|
| **SRIPLAW, P. A.** | **WIDERMAN MALEK, PL** |
| /s/ *Sanje V. Lara* | /s/ *Mark F. Warzecha* |
| SANJE V. LARA | Mark F. Warzecha, Esq. |
| Florida Bar Number: 1031680 | Florida Bar No. 095779 |
| sanje.lara@sriplaw.com | 1990 W. New Haven Ave. Suite 201 |
| | Melbourne, Florida 32904 |
| 9100 S. Dadeland Boulevard | Telephone: 321-255-2332 |
| Suite 1500 | Facsimile: 321-255-2351 |
| Miami, FL 33156 | MFW@USLegalTeam.com |

786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendant Coastal Reconstruction Group, Inc.*

And

JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561-404-4335 – Telephone
561-404-4353 – Facsimile

*Counsel for Plaintiff Global Weather Productions, LLC*